# EXHIBIT B

**Patent Claims Analysis**
**of**
**US10021380: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**
**Resideo HD OUTDOOR CAMERA**

## US10021380B1
United States

| | |
|---|---|
| Inventor | Kenneth Martin Jacobs, Ronald Steven Karpf |
| Current Assignee | Vdpp LLC Visual Effect Innovations LLC |

Worldwide applications

2017 ~~US~~ ~~US~~ 2018 US

| Claims priority from a provisional application | 01/23/2001 | Expired |
|---|---|---|

Total patentTerm Adjustments
0

CLAIMS

1. A method for generating modified video, the method comprising:

acquiring a source video comprising a sequence of image frames, each of the image frames being associated with a respective chronological position in the sequence;

identifying a first image frame associated with a first chronological position in the sequence of the source video and a second image frame associated with a second chronological position in the sequence of the source video;

expanding the first image frame to generate a modified first image frame, wherein the modified first image frame is different from the first image frame;

expanding the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame;

combining the modified first image frame and the modified second image frame to generate a modified combined image frame, the modified combined image frame having first and second opposing sides defining a first dimension and third and fourth opposing sides defining a second dimension; and

displaying the modified combined image frame.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for generating modified video, the method comprising: | *Resideo HD OUTDOOR CAMERA implements the Method of Claim 1.*<br><br><https://www.resideo.com/us/en/products/security/security-cameras/vx3-hd-outdoor-camera-camwe-wo/> © 2024 |
| 1.1 | acquiring a source video comprising a sequence of image frames, each of the image frames being associated with a respective chronological position in the sequence; | *Two consecutive image frames are read in from storage for acquisition.*<br><br>*[Note: This is necessary in order to do WDR (Wide Dynamic Range).]*<br><br>Wide Dynamic Range 147°<br><br><https://www.resideo.com/us/en/products/security/security-cameras/vx3-hd-outdoor-camera-camwe-wo/> © 2024 |
| 1.2 | identifying a first image frame associated with a first chronological position in the sequence of the source video and a second image frame associated with a second chronological position in the sequence of the source video; | *Two consecutive image frames are read in from storage for identification.*<br><br>*[Note: This is necessary in order to do WDR (Wide Dynamic Range).]*<br><br>Wide Dynamic Range 147°<br><br><https://www.resideo.com/us/en/products/security/security-cameras/vx3-hd-outdoor-camera-camwe-wo/> © 2024 |
| 1.3 | expanding the first image frame to generate a modified first image frame, wherein the | *The first image frame and the second image frame are expanded (scaled) to generate a modified first image frame and a modified second image frame.* |

|  | | |
|---|---|---|
|  | modified first image frame is different from the first image frame; | *The first image frame is expanded (scaled) to generate a modified first image frame.*<br><br>*Since the modified first image frame is expanded from the first image frames - they are different.* |
| 1.4 | expanding the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame; | *The first image frame and the second image frame are expanded (scaled) to generate a modified first image frame and a modified second image frame.*<br><br>*The second image frame is expanded (scaled) to generate a modified second image frame.*<br><br>*Since the modified second image frame is expanded from the second image frames - they are different.* |
| 1.5 | combining the modified first image frame and the modified second image frame to generate a modified combined image frame, | *Resideo VX3 HD OUTDOOR CAMERA combines the modified (scaled) first and second image frame, and combines them - generating a modified combined image frame (which is the WDR frame).*<br><br>Wide Dynamic Range 147°<br><br><[https://www.resideo.com/us/en/products/security/security-cameras/vx3-hd-outdoor-camera-camwe-wo/](https://www.resideo.com/us/en/products/security/security-cameras/vx3-hd-outdoor-camera-camwe-wo/)> © 2024 |
| 1.6 | the modified combined image frame having first and second opposing sides defining a first dimension and third and fourth opposing sides defining a second dimension; and | *The implication of this clause is that the image displayed is a rectangle.*<br><br>• High-Resolution 2MP Camera with WDR Provides vibrant, detailed video for live and recorded video<br><br><[https://digitalassets.resideo.com/damroot/Original/10003/L_VX3ODCEUS_D.pdf](https://digitalassets.resideo.com/damroot/Original/10003/L_VX3ODCEUS_D.pdf)> © 2023<br><br>*This means the screen opposing sides are of equal dimension (the display screen is rectangular in shape).* |
| 1.7 | displaying the modified combined image frame. | *The modified combined image frame is displayed (i.e., the WDR (Wide Dynamic Range)) video frame is displayed.* |